**SO ORDERED.**
**SIGNED this 18th day of April, 2014**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Richard Stair Jr
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM SHAUN PIERCE and | ) | Case No.  3:13-BK-31724 |
| RUTH CRIPPEN PIERCE, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |

## <u>ORDER</u>

Upon the Rule 7041 Motion for Leave to Dismiss Complaint Objecting to Discharge of

Ruth Crippen Pierce filed by the United States of America and no response having been filed to

the

1

Motion, it is hereby ORDERED that the Rule 7041 Motion is granted and the United States may

file its stipulation for the dismissal of Ruth Crippen Pierce in Adversary Proceeding No. 13-ap-

3077.

# # #

APPROVED FOR ENTRY:

WILLIAM C. KILLIAN
United States Attorney

By:      /s/ Suzanne H. Bauknight
         Suzanne H. Bauknight   (BPR #019293)
Assistant U.S. Attorney
800 Market Street, Suite 211
Knoxville, Tennessee   37902
Telephone:  (865) 545-4167
Email: suzanne.bauknight@usdoj.gov

3