**SO ORDERED.**
**SIGNED this 18th day of April, 2014**

_____

Richard Stair Jr.
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM SHAUN PIERCE and | ) | Case No.  3:13-BK-31724 |
| RUTH CRIPPEN PIERCE, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**ORDER**

Upon the Rule 7041 Motion for Leave to Dismiss Complaint Objecting to Discharge of

William Shaun Pierce Under 11 U.S.C. § 727(a)(3) and (a)(5) and for Approval of Settlement

filed by the United States of America and no response having been filed to the

Motion, it is hereby ORDERED that the Rule 7041 Motion is granted and the United States may

submit its Consent Judgment as to William Shaun Pierce, which Consent Judgment dismisses

with prejudice the claims brought under 11 U.S.C. § 727(a)(3) and (a)(5) in Adversary

Proceeding No. 13-ap-3077.

# # #

APPROVED FOR ENTRY:

WILLIAM C. KILLIAN
United States Attorney

By:     /s/ Suzanne H. Bauknight
          Suzanne H. Bauknight   (BPR #019293)
Assistant U.S. Attorney
800 Market Street, Suite 211
Knoxville, Tennessee   37902
Telephone:  (865) 545-4167
Email: suzanne.bauknight@usdoj.gov